FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 NOV 20 AM 9: 53

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CLEMENTE MORALES-ARCADIO, *et al.* | ) |
| Plaintiffs, | ) |
| -v- | ) |
| SHANNON PRODUCE FARM, INC. and JAMES G. SHANNON, JR., | ) |
| Defendants, | ) CIVIL ACTION NO. 6:12-cv-083 |
| -v- | ) |
| PATTIE MARTINEZ, a/k/a Pattie Calhoun and Pattie Shannon, SHANNON VINEYARDS, INC., and BANK OF NEWINGTON, | ) |
| Third Party Defendants. | ) |

## ORDER DISMISSING BANK OF NEWINGTON AS A THIRD-PARTY DEFENDANT

Plaintiffs having filed a Motion to Dismiss the **BANK OF NEWINGTON** ("BON") as a Third-Party Defendant in the above-stated matter, and it appearing to the Court that the parties have entered into a Settlement Agreement resolving all claims asserted against BON in the Amended Complaint for Fraudulent Transfer (Docket No. 295); it is therefore

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Dismiss is hereby GRANTED, and the **BANK OF NEWINGTON** is hereby dismissed as a Third-Party Defendant in the above-stated matter, with prejudice, pursuant to F.R.Civ.P. 21 and 41(a).

Entered at _____, Georgia, this ___ day of _____, 2012.

_____
B. AVANT EDENFIELD, Judge